# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| MICHAEL ("MIKE") B. VERKRUYSE, ) | |
| ) | Case No. 15-cv-2238-CSB-EIL |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KHB ENTERPRISES, INC., d/b/a ) | |
| MARKETVIEW CAR WASH LUBE AND ) | |
| DETAIL, ) | |
| ) | |
| KRAIG BUENERKEMPER, individual, ) | |
| ) | |
| AND ) | |
| ) | |
| HOLLY BUENERKEMPER, individual, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

The parties to the above-captioned action, by their respective counsel, hereby stipulate to the dismissal of this action with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all matters in controversy between the parties having been settled. Each party shall bear its own attorneys' fees and costs in this matter.

Respectfully submitted,

s/ James A. Devine                              s/ Aaron C. Jones
Attorney for Plaintiff                          Attorney for Defendants

James A. Devine                                 Aaron C. Jones
Attorney at Law                                 Taylor Law Offices, P.C.
607 East Adams                                  P.O. Box 668
Suite 1510                                      Effingham, Illinois 62401
Springfield, Illinois 62701                     PH: (217) 342-3925
voice (217) 788-0798                            Fax: (217) 342-2341
facsimile (217) 788-1660                        Email: ajones@taylorlaw.net
jamesalbertdevine@gmail.com